## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
## SOUTHERN DIVIVISION

Case No. 7:25-cv-01398-BO-KS

TIMOTHY WELCH;

        Plaintiff,

v.

JAMIE FETTIG ET AL.;

        Defendants

---

### DEFENDANTS' MOTION TO DISMISS FOR IMPROPER VENUE OR ALTERNATIVELY TO CHANGE VENUE

NOW COMES Defendant Jamie Fettig ("Defendant"), by and through his undersigned counsel, and moves this Court to dismiss this action pursuant to Rule 12(b)(3) of the Federal Rules of Civil Procedure and 28 U.S.C. § 1406(a) and for all the reasons set forth in its accompanying Memorandum in Support.

Respectfully submitted this the 22nd day of October, 2025.

/s/ Inez de Ondarza Simmons
Inez de Ondarza Simmons
North Carolina State Bar No. 34303
**DE ONDARZA SIMMONS PLLC**
4030 Wake Forest Road, Suite 319 Raleigh,
North Carolina 27609
Telephone: (984) 837-0361
Fax: (919) 277-1720
Email: Inez@DeOndarzaSimmons.com
Local Civil Rule 83.1 Counsel

## CERTIFICATE OF SERVICE

I hereby certify that on October 22, 2025, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Eastern District of North Carolina using the Court's CM/ECF system.

/s/ Inez de Ondarza Simmons
Inez de Ondarza Simmons